**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | | |
|---|---|---|
| **U.S. Magistrate Judge: Eileen S. Willett** | **Date: September 19, 2022** | **SEALED** |
| **USA v. Lori Milliron** | **Case No.: 22-09336MJ-001-PHX-ESW** | |

**Assistant U.S. Attorney**: Kristen Brook
**Attorney for Defendant**: Jane McClellan, AFPD
**Defendant**: Present and in custody
**Interpreter**: N/A
**Date of Arrest: 9/16/2022**

Initial Appearance in Rule 5 Proceedings held. AFPD Jane McClellan advises that the defendant has retained counsel in the District of Colorado, but her attorney is unable to attend this proceeding. Ms. McClellan requests to be appointed for today's proceeding only. The Court finds the defendant indigent and appoints AFPD Jane McClellan for the limited purpose of today's hearing.

Defendant WAIVES the Identity Hearing and RESERVES any other hearings she may be entitled to for the District of Colorado. The Court finds that identity is established. Order of Removal signed on this date.

As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

Recorded by CourtSmart  R5: 2 mins.
Deputy Clerk Marion Holmes  ID: 2 mins.

Start: 3:43 p.m.
Stop: 3:47 p.m.

cc: AUSA, Dft's Cnsl, PTS, USMS