IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-000012-WJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. LAWRENCE RUDOLPH,
2. **LORI MILLIRON,**

        Defendants.

---

### DEFENDANT LORI MILLIRON'S SENTENCING STATEMENT
---

Ms. Lori Milliron, ("Milliron"), by and through her counsel John W. Dill, Esquire, respectfully files her Sentencing Statement:

Ms. Milliron is sixty-five-year-old office manager and former dental hygienist with no criminal history. She raised her three adult children as a single mother with no child support. In the early 2000s, Milliron began a romantic relationship with her boss Dr. Lawrence Rudolph. Rudolph had multiple affair partners besides Milliron. These affairs had the tacit blessing of his wife Bianca, who had her own series of love affairs leading the couple to reach an understanding about the intimacy of their marriage. Despite the puritanical spin the government has put on the relationship between Milliron and Rudolph, the affair waxed and waned over twenty years and had been kept a secret from Rudolph's children. While Millirion traveled extensively with Rudolph in the 2000s, by 2016 their travel dwindled to an occasional trip with a few sparse emails over several years. Rudolph moved from Pittsburg to Arizona and built a mansion with Bianca, traveling much more with his wife and building a chalet in Zambia for future hunting

trips. The government alleged that Milliron had given Rudolph an "ultimatum" of some vague time frame for him to leave his wife. However, the jury rejected this contention, acquitting her of the count claiming she had lied about telling Ana Grimley about the alleged and vague ultimatum. To add scandal to the otherwise tepid office love affair, the government showed the jury emails between Rudolph and Million from 2010 shortly before Rudolph took Milliron off the business payroll because knowledge of the affair had embarrassed Bianca. Instead of providing her with a "lavish lifestyle", Rudolph paid her in cash at regular intervals at the equivalent of her salary to run the business in Pittsburgh while he traveled the world with Bianca.

      The government floated a trial balloon that Milliron was potentially complicit in the eventual death of Bianca by claiming that her alleged assistance in ordering Propofol that Rudolph brought as part of his medical kit. Never explaining how a sedative somehow related to a gunshot, the government spun that Milliron could have been the "mastermind" behind Bianca's tragic death. Millirion admitted to the grand jury that she had received a message from Rudolph that there had been an accident, speculating that it may have been while Rudolph was in Africa. The government spun that voluntary information of a message between long time confidants as "mission accomplished", never bothering to present to the jury when the message was sent or from where, much less what the message said. Following the funeral of his wife, Rudolph flew another woman to Las Vegas- not Milliron who at that point he would not have seen in months and who the government argued he "killed his wife for".  The government painted Milliron as a gold digger who envied Bianca's leisurely life, yet she continued to work full time at her job and went back on the payroll of Three Rivers Dental group at an amount equal to what she had been paid before Bianca's death.

The government spent significant resources building a case against Rudolph, putting undercover FBI agents on a flight to befriend Rudolph and Milliron and tape recording a dinner with the couple in Jackson Hole. When the FBI finally knocked at Milliron's door, it was not the mansion in Scottsdale that the government claimed she pined for but her condominium in suburban Pittsburgh. Following Rudolph's arrest in Mexico, the FBI served Milliron with a grand jury subpoena. Jail recordings revealed that she planned to simply tell the truth before the grand jury. She did not realize she was a subject of the grand jury investigation, a fact that the FBI agents testifying at trial could not confirm nor deny.

Milliron traveled from Arizona to Denver to appear voluntarily before the January grand jury. She appeared without counsel and faced questions to which the prosecutors already knew the answer. Questioning her about sums of money and only later showing her the documents, the government claims she "lied and lied" before the grand jury, but the only two convictions for perjury they managed were two questions that called for speculation on her part: "why exactly was Larry so generous to you?" and "why was Larry upset about the FBI investigation". The government cherry picked parts of the transcript at trial and continues to do so in their papers, seizing on "we were friends" and leaving out the follow up questions and answers two lines later where Milliron admitted a sexual relationship and receiving financial support during the affair. Despite all the alleged lies before the grand jury, the first grand jury declined to charge her with any crime. It was only after the ambiguous Steak 44 conversation came to light that the government took a second bite at the apple, now overcharging her with multiple crimes of essentially not giving complete enough answers before the grand jury.

Included in the multiple counts was an allegation of obstruction stemming from Milliron lying before the grand jury about the circumstances surrounding the so-called "crocodile

incident". The government rightly voluntarily dismissed this count, yet somehow failed to remove it from the superseding indictment attached to the jury instructions sent to the jury room. The jury returned a verdict against Milliron for this count as well as two counts of perjury and accessory after the fact. However, the government did not allege (nor could it) that Milliron either aided or abetted Rudolph in the crime charged, despite seeking an enhancement of her sentencing for the same.

Within minutes of the jury's verdict, Milliron received an email from Julian Rudolph informing her for the first time that Lawrence Rudolph had revoked her co-power of attorney over Rudolph's personal and business affairs five days *before trial.* In the same email he informed her that she was terminated from her employment (along with her daughter Jessica) and that her access to the bank accounts she shared with her fiancé Rudolph had been rescinded. This news shows that Rudolph had not in fact killed his wife for Milliron but instead sought to keep control of the Rudolph trust assets for himself and his children. Subsequently, Rudolph himself claimed to be unaware of the termination and intimated that it had been a mistake which he would remedy. Rudolph took it upon himself to call Milliron and feign ignorance of the fact that he had signed over all her access to funds to his son. Understandably conflicted emotionally over her father's conviction for murdering her mother, Bianca Rudolph lashed out in recorded jail calls to Rudolph that Milliron, her supervisor at work, had "ruined her life" and that she would never speak to her father again unless he "cut Milliron off" completely. It was against this backdrop of family drama and emotions that Milliron took the calls from Rudolph in violation of the letter of the terms of her release. Originally, the government insisted upon the provision of no contact between Rudolph and Milliron (except through counsel) to protect Milliron from abuse and intimidation by Rudolph, who the government had alleged was physically abusive to her and

going so far as to aid Milliron as a battered partner. Although not supported by any evidence, the original prohibition was allegedly to protect Milliron from Rudolph. Only after Milliron exercised her right to have the government prove the case against her at trial did the government turn the no contact provision into a weapon against Milliron while accusing her (again without evidence) of masterminding Bianca's murder.

The government further gilded the lily by accusing Milliron without proof or evidence of stealing cash and gold. First the government claimed that Milliron had stolen the phantom gold and currency from her home with Rudolph in Pennsylvania. After realizing she had been on home monitoring since February and had not traveled to Pennsylvania since November 2021 the government, with the help of the Rudolph children, alleged that the gold and cash that Milliron never possessed must have been stolen from a safe somewhere in Arizona and that she is now a flight risk. At the same time, the government acknowledges that she has no access to any funds due to her fiance's heeding his daughter's wishes to cut Milliron off completely of any income. They instead argue, again without proof, that she will receive money from a potential future documentary without any evidence that such a documentary will take place or that Milliron will receive any funds from it, showing that the government has not taken the time to investigate the allegations and find out that subjects of documentaries and news reports are not compensated.

Next, the government spins the search for Bianca's ashes which have been sitting in a box for six years into Milliron evilly manipulating Bianca's family. Weeks after the verdict, the undersigned received an email from Ralph Finizio asking the location of the urn. The undersigned passed the request along to Rudolph's counsel without any response. The urn, which nobody cared to ask about since Bianca's funeral, had been carefully packed by Rudoph into a box labeled "do not open" and placed with their possessions in a storage unit while trial took

place. The undersigned assisted counsel for the government in sending Milliron's daughter to meet an FBI agent at the storage unit and turn it over without delay. Only now does the government turn Milliron's assistance in getting something that was not hers to the family into a nefarious scheme, much like their presentation of evidence in the case and in their court filings.

The government follows their pattern of overcharging by asking for an upward departure of Milliron's sentence, alleging that she aided in the murder. Again, the government ignores the evidence from trial and their own pleadings that the only allegations against Milliron stemmed from her answers to ambiguous questions before the grand jury while a subject of the investigation. By ignoring what a comparable sentence should be under the law, the government again attempts to paint Milliron as a femme fatale. Unlike in film noir, however, Milliron is herself a victim of the circumstances of the case and the government's dogged pursuit of Rudolph.

*/s/ John W. Dill*
John W. Dill, Esquire
Florida Bar Number: 981680
JOHN W. DILL, PA
941 West Morse Blvd.
Suite 100
o(321) 214-4500
c(321) 287-4774
Winter Park, FL 32789
John@JohnWDill.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of Defendant Milliron's Sentencing Statement was sent on October 31, 2022 via Electronic Mail and/or the CM/ECF System upon all registered PACER and CM/ECF users/attorneys in this case.

By: <u>*/s/ John W. Dill*</u>