## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. LAWRENCE RUDOLPH, and
2. LORI MILLIRON,

     Defendants.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO VERIFIED PETITION FOR ADJUDICATION OF INTERESTS IN PROPERTY ORDERED FORFEITED

---

COMES NOW the United States of America, by and through the United States Attorney for the District of Colorado, moves this Court for an order extending the time the United States has to file objections to the Verified Petition for Adjudication of Interests in Property Ordered Forfeited ("Petition") (Docket # 367).   As grounds therefore, the United States state as follows:

     1.     On June 16, 2023, Julian and AnaBianca Rudolph ("Petitioner") filed a Petition asking the Court to hold an ancillary hearing to determine any interest in the property the subject of the Court's Preliminary Order of Forfeiture (Docket # 354).

2.      On June 20, 2023, this Court entered an Order directing the United States to file its response to the Petition by July 14, 2023.   (Docket # 370).

3.      Petitioners allege several bases in support of their claim that they hold a superior ownership interest in the property.   Research into these matters to properly provide the Court a response that will be of greater assistance has taken more time than anticipated as counsel for the United States was also responding to several other matters.

4.      Publication of the Preliminary Order of Forfeiture was started on May 20, 2023, with a claim deadline of July 19, 2023.   Written notice to possible third-party claimants were mailed on June 29, 2023.   (Docket # 377).   Any petition must be filed within thirty (30) days of the receipt of the notice or thirty (30) days of the last publication of this notice, whichever is earlier.

The United States is currently reviewing the noticing provided to determine if additional noticing is appropriate.   The requested extension of time will not prejudice any party as additional time will be needed to allow any other potential claims to be received and a hearing to be set.

5.      The sentencing of Defendant Rudolph has been continued and no date has been set.   As the Court will consider potential arguments at that time that may or may not have an impact on the Preliminary Order of Forfeiture that matter needs to be resolved to set the parameters of any potential third-party claim would

be ripe.

6.    An extension of two weeks, until July 28, 2023, will allow the United States sufficient time to evaluate and prepare an appropriate response to the Petition.   By narrowing the issues and briefings it will allow the parties and Court to more efficiently address them.

7.    Counsel for the United States has conferred with opposing counsel regarding this matter, and they do not oppose the extension of time to file to file its response to the Petition.

WHEREFORE, the United States respectfully requests that the Court enter an order allowing the United States until July 28, 2023, to file its response to the Petition.

Respectfully submitted July 10, 2023.

COLE FINEGAN
United States Attorney


s/ Kurt J. Bohn
KURT J. BOHN
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: kurt.bohn@usdoj.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this July 10, 2023, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO VERIFIED PETITION FOR ADJUDICATION OF INTERESTS IN PROPERTY ORDERED FORFEITED** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Christopher P. Hotaling
chotaling@nixonpeabody.com

John R. Sandweg
jsandweg@nixonpeabody.com

s/Kurt J. Bohn
KURT J. BOHN
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Kurt.Bohn@usdoj.gov