IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     LAWRENCE RUDOLPH and
2.     LORI MILLIRON,

     Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED JOINT MOTION FOR INTERLOCUTORY SALE OF REAL PROPERTIES**

---

COMES NOW the United States of America (the "United States"), by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Kurt J. Bohn, moves this Court for an order extending the time the United States has to file an Amended Joint Motion for Interlocutory Sale of Real Properties (Docket # 477). As grounds therefore, the United States state as follows:

1.     On August 21, 2024, the United States filed a Joint Motion for Interlocutory Sale of Real Properties asking the Court to order the interlocutory sale of the real properties identified in the Court's Judgment (Docket # 415, p. 8) in accordance with Fed. R. Crim. P. 32.2(b)(7). (Docket # 476).

2.     On August 22, 2024, this Court entered an Order directing the United States to file its Amended Joint Motion for Interlocutory Sale of Real Properties by September 3, 2024. (Docket # 477).

3.      The United States, counsel for Bank New York Mellon, N.A. (which has the mortgage on the Arizona property), and counsel for Claimant Farmers National Bank of Canfield (which has the mortgage on the Pennsylvania property), have previously entered into expedited settlement agreements as to the real property to accommodate their claims to the remaining mortgages, costs, and attorney fees.   The United States has been in contact with the attorneys for the mortgage companies and the parties are obtaining updated loan information, including delinquent payments, interests, and fees. The United States intends to enter into amended expedited settlement agreements with the mortgage companies and to obtain evidentiary supporting documents in support of the Amended Joint Motion for Interlocutory Sale of Real Properties.

4.      An extension of two weeks, until September 17, 2024, will allow the United States sufficient time to evaluate and prepare an appropriate Amended Joint Motion for Interlocutory Sale of Real Properties. By providing evidentiary support that factually supports the conclusion that these properties will continue to lose value but for the entry of an interlocutory sale order, it will allow the Court to more efficiently address the Motion.

5.      Counsel for the United States has conferred with counsel for Petitioners Julian and AnaBianca regarding this matter, and they do not oppose the extension of time to file the Amended Joint Motion for Interlocutory Sale of Real Properties.

WHEREFORE, the United States respectfully requests the Court enter an order allowing the United States until September 17, 2024, to file its Amended Joint Motion for Interlocutory Sale of Real Properties.

DATED this 27th day of August 2024.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney


By:  *s/ Kurt J. Bohn*
Kurt J. Bohn
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Kurt.Bohn@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

*s/ Charisha Cruz*
Paralegal Specialist
United States Attorney's Office